UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-212 (JRT/LIB)

UNITED STATES OF AMERICA,
        **INFORMATION**

   Plaintiff,
        18 U.S.C. § 924(d)(1)
        18 U.S.C. § 1111(a)
v.
        18 U.S.C. § 1111(b)
        18 U.S.C. § 1151
DAVID BRIAN DONNELL, JR.,
      18 U.S.C. § 1153(a)
        28 U.S.C. § 2461(c)

   Defendant.

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Murder in the Second Degree)

On or about July 27, 2021, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**DAVID BRIAN DONNELL, JR.,**

an Indian, did unlawfully kill Red Lake Police Officer Ryan Andrew Bialke, with malice aforethought, all in violation of Title 18, United States Code, Sections 1111(a) and (b), 1151, and 1153(a).

**FORFEITURE ALLEGATIONS**

If convicted of Count 1 of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition,

SCANNED
MAR 29 2022
U.S. DISTRICT COURT MPLS

<u>United States v. David Brian Donnell, Jr.</u>

and accessories involved in or used in the commission of Count 1 of this Information, including an Izhmash Saiga 7.62 caliber rifle bearing serial number H04101057, and any ammunition seized therewith.

Dated: March 29, 2022

Respectfully Submitted,

CHARLES J. KOVATS, JR.
Acting United States Attorney

*/s/ Joseph S. Teirab*

BY: JOSEPH S. TEIRAB
Attorney ID No. 0393439 (MN)
MELINDA A. WILLIAMS
Attorney ID No. 491005 (DC)
Assistant United States Attorneys